UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO.: 10-22735-CIV-HUCK/O'SULLIVAN**

CHARLOTTE DUVALL,

    Plaintiff,

v.

JONATHAN DRUCKER, et al.,

    Defendants.

_____/

## DEFENDANTS' MOTION TO REMAND

DEFENDANTS, JONATHAN M. DRUCKER, JONATHAN DRUCKER, P.A., and TRESCOTT, DRUCKER & SCHOEN, P.L. pursuant to 28 U.S.C. §1447, file this Motion to Remand, and for grounds state:

1. This action was removed to this Court yesterday, July 28, 2010.

2. It now appears that this Court lacks subject matter jurisdiction over this matter because the Defendants are residents of the State of Florida. *See Tillman v. R.J. Reynolds Tobacco*, 253 F.3d 1302 (11th Cir. 2001).

3. In accordance with 28 U.S.C. §1447(c), this case should be remanded because "[i]f at any time before a final judgment, it appears that the district court lacks subject matter jurisdiction, the case shall be remanded."

                                                                           Respectfully submitted

**FEILER & LEACH, P.L.**
Attorneys for Defendants
901 Ponce de Leon Blvd.
Penthouse Suite
Coral Gables, FL 33134-3009
Tel. (305) 441-8818
 Fax (305) 441-8081
mbf@flmlegal.com

By: /s/ Michael B. Feiler
   **Michael B. Feiler**
   Fla. Bar No. 098477

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Thursday, July 29, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY: /s/ Michel B. Feiler

## SERVICE LIST

**JOHN FARINA, Esq.,**
3300 PGA Blvd.
#600
Palm Beach Gardens, FL 33410